# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00254-CV

**In re Shaun Haenes**

---

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Relator's motion for leave to file a writ of mandamus is dismissed as moot.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Kelly

Filed:  June 8, 2021